FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY sw  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Julio Gabriel Diaz DEFENDANT(S). | CASE NUMBER SA11-636M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __January 10, 2012__, at __10__ ☒ a.m. / ☐ p.m. before the Honorable __Arthur Nakazato__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ___N/A___ and produced for the hearing.
(Other custodial officer)

Dated: __January 5, 2012__    _____
U.S. District Judge/Magistrate Judge